**656**

## Second Department, November, 1951.
### (November 2, 1951.)

In the Matter of EMMETT McNAMARA, Appellant, against ROBERT HAIRSTON et al., Constituting the Suffolk County Board of Elections, Respondents.— No opinion. Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ., concur.

### (November 5, 1951.)

In the Matter of WALTER J. KLEIN, an Attorney, Respondent. RICHMOND COUNTY BAR ASSOCIATION, Petitioner.— Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

In the Matter of the Application of EDWARD MONTROSE for Admission to Practice as an Attorney.— Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See 278 App. Div. 1025.]

WILLIAM G. PIKE, Plaintiff, v. BALMAR CONSTRUCTION CO., INC., Defendant and Third-Party Plaintiff-Respondent. NORWOOD STEEL AND IRON WORKS, INC., Third-Party Defendant-Appellant.— Present — Nolan, P. J., Johnston, Adel, Sneed and Mac-Crate, JJ. [See ante, p. 590.]

KENNETH J. ANYON, Respondent, v. DOMINICK R. PALMIERI, Appellant.— As a matter of pleading, the defense was sufficient. (Holmes v. Ivanhoe Cleaners & Dyers, 252 App. Div. 765; Jensen v. Brandmaier, 265 App. Div. 1055.) A claim of res judicata may be predicated upon a determination of the Justice's Court. (Blair v. Bartlett, 75 N. Y. 150; Hallock v. Dominy, 69 N. Y. 238; Smith v. Hemstreet, 54 N. Y. 644.) Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur.